UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ABIGAIL ROBERTSON,

    Plaintiffs,                                                Case No. 3:20-cv-212

vs.

WAL-MART, INC. *et al.*,                    District Judge Michael J. Newman

    Defendants.

## ORDER OF REFERENCE FOR MEDIATION AND VACATING THE CURRENT CALENDAR

Pursuant to 28 U.S.C. § 636(c), and at the request of the parties, this case is hereby **REFERRED** to Magistrate Judge Peter B. Silvain for the purposes of mediation. The current calendar is **VACATED** while the parties are in mediation.

**IT IS SO ORDERED.**

  November 9, 2021                            s/ Michael J. Newman
                                                     Hon. Michael J. Newman
                                                     United States District Judge