UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ABIGAIL ROBERTSON,

    Plaintiff,                                        Case No. 3:20-cv-212

vs.

WAL-MART INC., *et al.*,                  District Judge Michael J. Newman

    Defendants.

### ORDER: CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.  All forthcoming deadlines are hereby **VACATED.**

    **IT IS SO ORDERED.**

Date:   December 15, 2021                           s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge